Dorarena BOYD, Plaintiff-Appellant,

v.

Arenda Wright ALLEN,
Defendant-Appellee.

No. 17-2254

United States Court of Appeals,
Fourth Circuit.

Submitted: February 20, 2018

Decided: March 8, 2018

Dorarena Boyd, Appellant Pro Se.

Before MOTZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dorarena Boyd seeks to appeal the district court's order dismissing her complaint without prejudice for failure to state a claim. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Boyd seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Goode v. Central Va. Legal Aid*, 807 F.3d 619 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*